IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVILCASE NO. 3:17-cv-00625-MR

| | |
|---|---|
| GEORGE R. LEFLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATED ORDER OF** |
| vs. ) | **JUDGMENT AND DISMISSAL** |
| ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Consent Motion for Entry of Order of Judgment and Dismissal [Doc. 9].

The Plaintiff George Lefler and the Defendant Nancy A. Berryhill, Acting Commissioner of Social Security stipulate to the voluntary dismissal of this action in its entirety without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further agree that the Plaintiff should be awarded the court costs incurred in connection with this litigation.

**IT IS, THEREFORE, ORDERED** that Four Hundred Dollars ($400.00) in costs shall be reimbursed to the Plaintiff from the Treasury Judgment Fund

upon certification thereof by the Office of the United States Attorney to the Department of Treasury.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** in its entirety **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 14, 2019

Martin Reidinger
United States District Judge